## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HÉCTOR MARTÍNEZ, CRUCITA PAGÁN and RONALDO ROBLES-MENÉNDEZ, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>      **v.**<br><br>LAW OFFICES OF JOHN F. NEVARES & ASSOCIATES, P.S.C.; SALAS, LC,<br><br>**Defendants.** | **Civil No.** 18-1400 (FAB) |

## JUDGMENT

In accordance with the MEMORANDUM AND ORDER entered today (Docket No. 35), this case is **DISMISSED without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 10, 2020.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE